# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10874

_____

TECHNOLOJOY, LLC,

                                    Plaintiff-Counter Defendant-Appellant,

IBRAHIM F. ALGAHIM

                                          Plaintiff-Counter Defendant,

*versus*

BHPH CONSULTING SERVICES, LLC,
d.b.a. BHPH Capital Services,
SEAN FOUZAILOFF,
ANATOLIY SLUTSKIY,

                                    Defendants-Counter Claimants-Appellees.

| | | |
|---|---|---|
| 2 | Order of the Court | 23-10874 |

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:19-cv-23770-FAM

_____

ORDER:

On July 31, 2023, this Court held in abeyance Attorney Matthew T. Person's "Motion for Leave to Withdraw" to provide Appellees time to retain new appellate counsel. No new counsel has appeared. Accordingly, Attorney Person's motion is GRANTED.

Pursuant to *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985), a corporate entity must be represented by counsel on appeal. Therefore, to the extent that Appellee BHPH Consulting Services, LLC intends to pursue any further action in this appeal, it must obtain new counsel and counsel must enter an appearance. In the absence of the appearance of new counsel, the Court will not consider any filings from BHPH Consulting Services, LLC.

The appeal shall otherwise continue with Appellees Sean Fouzailoff and Anatoliy Slutskiy proceeding *pro se*.

/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE